UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FAYSAL A. JAMA, on behalf of himself and all other similarly situated; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendants-Appellees. | No.   22-35449<br><br>D.C. Nos.   2:20-cv-00454-MJP<br>            2:20-cv-00652-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  RAWLINSON and SUNG, Circuit Judges, and RAKOFF,* District Judge.

Judge Rawlinson has voted to grant the petition for rehearing and the petition for rehearing en banc. Judge Sung has voted to deny the petition for rehearing and the petition for rehearing en banc. Judge Rakoff has voted to deny the petition for rehearing and has recommended denial of the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc (Dkt. Entry 100) is DENIED.

---

*      The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.